No. 140. MARMON ET AL. *v.* ILLINOIS. October 8, 1945. Petition for writ of certiorari to the Supreme Court of

Illinois denied. *Mr. Charles P. R. Macaulay* for petitioners.